| | | |
|---|---|---|
| CAAP–12–00 00364 | State ex rel. Dept. of Hawaiian Home Lands v. Kawa'auhau | Affirmed |

### November 30, 2012

| | | |
|---|---|---|
| CAAP–11–00 00801 | AWI Management Corp. v. Cowser | Affirmed |
| CAAP–10–00 00216 | State v. Bautista | Affirmed |
| CAAP–10–00 00212 | State v. Million | Vacated and Remanded |
| CAAP–11–00 00571 | State v. Pacheco | Affirmed |
| CAAP–11–00 00793 | State v. Schlesinger | Affirmed |
| CAAP–11–00 00839 | State v. Yan Chen | Affirmed |

### December 7, 2012

| | | |
|---|---|---|
| CAAP–11–00 00472 | Knight v. State | Affirmed |

### December 10, 2012

| | | |
|---|---|---|
| 30446 | State v. Menendez | Vacated and Remanded |
| CAAP–11–00 00476 | State v. Reid | Vacated and Remanded |

### December 11, 2012

| | | |
|---|---|---|
| CAAP–11–00 00728 | Wells Fargo Bank, N.A. v. Yamamoto | Affirmed |

### December 13, 2012

| | | |
|---|---|---|
| CAAP–11–00 00567 | State v. Bautista | Affirmed |

### December 14, 2012

| | | |
|---|---|---|
| CAAP–11–00 00760 | State v. Robles | Affirmed |